UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **STATE OF LOUISIANA, *EX REL*.** | \* | **CASE NO. 2:19-CV-01182** |
| **GRACE RANCH, LLC** | \* | |
| | \* | |
| **VERSUS** | \* | **JUDGE JAMES D. CAIN, JR.** |
| | \* | |
| **BP AMERICA PRODUCTION** | \* | |
| **COMPANY and BHP PETROLEUM** | \* | **MAGISTRATE JUDGE KAY** |
| **(AMERICAS), INC.** | \* | |
| | \* | |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants BP America Production Company and BHP Petroleum (Americas), Inc. ("Defendants") appeals to the United States Court of Appeals for the Fifth Circuit from the Court's March 25, 2020 Memorandum Ruling and Order (ECF No. 24) granting Plaintiff's motion to remand to state court.

Dated: March 31, 2020

                                              Respectfully submitted:

                                              /s/ *Kelly B. Becker*
                                              Kelly B. Becker (Bar No. 27375)
                                              Kathryn Z. Gonski (Bar No. 33442)
                                              **LISKOW & LEWIS**
                                              701 Poydras Street, Suite 5000
                                              New Orleans, Louisiana 70139-5099
                                              Telephone: (504) 581-7979
                                              Facsimile: (504) 556-4108

                                              -and-

George Arceneaux III (Bar No. 17442)
Penny L. Malbrew (Bar No. 31247)
Court C. VanTassell (Bar No. 34132)
Brittan J. Bush (Bar No. 34472)
John S. Troutman (Bar No. 36059)
**LISKOW & LEWIS**
822 Harding Street
P. O. Box 52008
Lafayette, LA  70505
Telephone: (337) 232-7424
Facsimile: (337) 267-2399

**Attorneys for BP America Production Company**

-and-

/s/*Kelly T. Scalise*
R. Keith Jarrett, T.A. (Bar #16984)
Kelly T. Scalise (Bar #27110)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

April L. Rolen-Ogden (Bar #30698)
Michael H. Ishee (Bar #36507)
**LISKOW & LEWIS**
822 Harding Street
P. O. Box 52008
Lafayette, LA  70505
Telephone: (337) 232-7424
Facsimile: (337) 267-2399

**Attorneys for BHP Petroleum (Americas), Inc.**